THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
    LESLIE A. RIGGS, Respondent.

*People* v. *Riggs*, 169 App. Div. 913, appeal dismissed.
(Submitted October 30, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
May 19, 1915, which reversed a judgment of the Wayne
County Court rendered upon a verdict convicting the
defendant of the crime of arson in the second degree and
granted a new trial.

*A. S. Armstrong,* District Attorney (*E. W. Hamn* of
counsel), for appellant.

*Charles T. Ennis* for respondent.

Appeal dismissed; no opinion.
    Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, HOGAN, CARDOZO and POUND, JJ.

---

CHEEVER N. ELY, as Executor of SMITH ELY, Deceased,
    Respondent, *v.* WILLIAM H. MEGIE et al., Respondents,
    and EDWIN A. ELY et al., Appellants.

(Submitted October 23, 1916; decided October 31, 1916.)

Motion for re-argument denied, with ten dollars costs.
(See 219 N. Y. 112.)